IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION | ) |
| | ) |
| PATRICIA ROADARMEL, individually and as Personal Representative of the Estate of MARK R. ROADARMEL, Deceased, | ) ) ) ) |
| Plaintiff, | ) C.A. No. 20-1375 (MN) (SRF) |
| v. | ) ) |
| CURTIS-WRIGHT CORPORATION, | ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

WHEREAS, on January 6, 2023, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 31) in this action, recommending that the Court deny Defendant Curtiss-Wright Corporation's Motion for Summary Judgment (D.I. 25); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED this 24th day of January 2023, that the Report and Recommendation (D.I. 31) is ADOPTED.

Defendant Curtiss-Wright Corporation's Motion for Summary Judgment (D.I. 25) is DENIED.

_Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Judge